**Fill in this information to identify the case:**

Debtor 1: Jennifer Ann Nairn

Debtor 2: 
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of FL
(State)

Case number: 19-19904-EPK

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 2131

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 11/18/2021

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1 | Late charges | | (1) | $ |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3 | Attorney fees | | (3) | $ |
| 4 | Filing fees and court costs | | (4) | $ |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6 | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7 | Property inspection fees | | (7) | $ |
| 8 | Tax advances (non-escrow) | | (8) | $ |
| 9 | Insurance advances (Forced Place Insurance) | 11/1/21, 12/1/21, 1/4/22, 2/2/22, 3/1/22, 4/1/22 | (9) | $ 715.29 |
| 10 | Property preservation expenses. Specify: | | (10) | $ |

| | | | |
|---|---|---|---|
| 11 Other. Specify: | | (11) | $ |
| 12 Other. Specify: | | (12) | $ |
| 13 Other. Specify: | | (13) | $ |
| 14 Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Matthew Klein
Signature

Date 4/20/2022

Print: Matthew  Klein
First Name  Middle Name  Last Name

Title **Attorney for Secured Creditor**

Company **Howard Law Group**

Address **4755  Technology Way, Suite 104**
Number  Street

**Boca Raton  FL  33431**
City  State  ZIP Code

Contact phone 954-893-7874

Email matthew@HowardLaw.com

I HEREBY CERTIFY that on April 20, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Brian K. McMahon, Esq., 1401 Forum Way, 6th Floor, West Palm Beach, FL 33401
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a true and correct copy was mailed via US Mail First Class to:

Jennifer Ann Nairn, 3850 Newport Ave., Boynton Beach, FL 33436